UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARK E. DAY, )<br>)<br>Petitioner, )<br>v. )<br>)<br>THOMAS HANLON, Superintendent, )<br>)<br>Respondent. ) | No. 1:05-CV-1771-JDT-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**


Date: 02/15/2006

Laura Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By: Deputy Clerk

Copies to:

Mark E. Day
DOC #856097
CORRECTIONAL INDUSTRIAL FACILITY
P.O. Box 601
Pendleton, IN 46064

Andrew Kobe
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770